**Order filed September 9, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-05-01246-CV
_____

### WOODY K. LESIKAR, INDIVIDUALLY AND AS TRUSTEE OF THE WOODROW V. LESIKAR FAMILY TRUST, ET AL, Appellant

### V.

### CAROLYN ANN LESIKAR MOON, INDIVIDUALLY AND AS NAMED TRUSTEE OF THE CAROLYN ANN LESIKAR MOON SPECIAL TRUST, Appellee

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 25560**

## ORDER

On August 11, 2015, appellee filed an opposed motion to render judgment against sureties. This court issued its judgment in this case on July 10, 2007. This court's plenary power over its judgment expired in 2007. *See* Tex. R. App. P. 19.1. The mandate issued in this case on October 23, 2008. After this court's plenary power expires, it cannot vacate or modify its judgment. Tex. R. App. P. 19.3.

This case does not fall within any of the five subsections of Texas Rule of Appellate Procedure 19.3. *See id.* Accordingly, the motion is dismissed for want of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Jamison.